IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

AGCO CORPORATION,

    Plaintiff,

vs.                              CASE NO. 5:09cv276/RS-AK

J. D. SWEARINGEN EQUIPMENT CO.,
INC.; J. D. SWEARINGEN, SR., Individually;
and RENA SWEARINGEN,

    Defendants.
_____/

## ORDER

The relief requested by the Second Consent Motion For Extension Of Time (Doc. 26) is **granted**.

**ORDERED** on May 7, 2010.

                              /S/ Richard Smoak
                              **RICHARD SMOAK**
                              **UNITED STATES DISTRICT JUDGE**