IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

AGCO CORPORATION,

    Plaintiff,

vs.                              CASE NO. 5:09cv276/RS-AK

J. D. SWEARINGEN EQUIPMENT CO.,
INC.; J. D. SWEARINGEN, SR., Individually;
and RENA SWEARINGEN,

    Defendants.
_____/

## ORDER

Before me is the Stipulation of Dismissal (Doc. 33).

**IT IS ORDERED:**

1.    This case is dismissed with prejudice.

2.    The clerk is directed to close the file.

**ORDERED** on August 13, 2010.

                    /S/ Richard Smoak
                    **RICHARD SMOAK**
                    **UNITED STATES DISTRICT JUDGE**